UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EUGENE ISAAC, JR., a minor, by his mother and next friend, Dorothy Jones<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. 00-cv-122 (RCL) |

[PROPOSED] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Defendant shall pay Plaintiffs, within 30 days of the date of this Order, $9,050.07, an amount which represents the remaining interest owed to Plaintiffs on the capped attorney's fees and costs in this case.

**SO ORDERED.**

Date: 12/21/21

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE